# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0436**

Willie Edward Williams v. State of Alabama (Appeal from Montgomery Circuit Court:  CC-04-1423.61)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk